No. 73–617. CHOTIN, EXECUTOR *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–618. HARRISON PROPERTY MANAGEMENT Co., INC., ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–636. COKER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 73–646. KROWCZYK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–653. WASHINGTON *v.* FOX ET AL. Sup. Ct. Wash. Certiorari denied.

No. 73–654. TRI-STATE STORES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 73–693. PENNSYLVANIA ET AL. *v.* COUNTY OF BUCKS ET AL. Sup. Ct. Pa. Certiorari denied.

No. 73–699. LEE *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 73–706. PEUSCH *v.* CITY OF JACKSON. Sup. Ct. Miss. Certiorari denied.

No. 73–725. CONCORD COMMUNITY SCHOOLS, ELKHART COUNTY *v.* SCHOOL CITY OF ELKHART ET AL. Sup. Ct. Ind. Certiorari denied.